In the Matter of the Application of RALPH C. TOBIN and Others, Appellants, for an Order of Mandamus against FIORELLO H. LAGUARDIA, as Mayor, and Others, Respondents. Order affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer and Dore, JJ.; Dore, J., dissents.

In the Matter of MARTIN J. MCHUGH, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of FRANCIS J. SMITH, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.

FREDERICK V. GOESS, as Receiver of the HARRIMAN NATIONAL BANK AND TRUST COMPANY OF THE CITY OF NEW YORK, Respondent, v. NICHOLAS MEYER, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

## SECOND DEPARTMENT, APRIL, 1937.

### (April 5, 1937.)

ROSE EPSTEIN, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— The action is by the beneficiary to recover death benefits and double indemnity death benefits under a policy of insurance issued by defendant. The sole issues tried were: Did the insured make misrepresentations in his application and was his death caused solely by accidental means? Judgment for defendant reversed on the law and new trial granted, with costs to appellant to abide the event. The admission of the certificate issued by the insured's physician to another insurance company, wherein the physician stated he believed the insured had a cardiac condition, violated section 352 of the Civil Practice Act and constituted prejudicial error. (*Poses v. Travelers Insurance Co., Hartford, Conn.*, 245 App. Div. 304, 306.) We are of opinion that the interjections of the learned trial justice deprived plaintiff of a fair trial. Johnston, Taylor and Close, JJ., concur; Lazansky, P. J., and Adel, J., dissent and vote to affirm pursuant to the provisions of section 106 of the Civil Practice Act.

FLORAL PARK LAWNS, INC., Respondent, v. ELLEN O'CONNELL and Others. Defendants, and MARGUERITE O'CONNELL, Appellant. (Appeal No. 1.) — Order granting plaintiff's motion for leave to serve an amended complaint affirmed, without costs. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

GUARANTY TRUST COMPANY OF NEW YORK and ELSIE E. OMMEN, as Cotrustees of the Estate of ALFRED E. OMMEN, Deceased, Respondents, v. FANNIE CRABOWITZKY and Others, Defendants; HARRY BEISERMAN, Appellant.— Order granting motion for leave to bring an action for a deficiency judgment upon a guaranty of payment modified by adding to the decretal paragraph the following: " upon condition that the plaintiffs stipulate that in the event they recover judgment they will waive all costs." As so modified, the order is affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.